Christopher Steven SPENCE, Petitioner—Appellant,

v.

Ruth YANCEY, Warden, Respondent— Appellee.

No. 06–7155.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2007.

Decided: April 10, 2007.

Christopher Steven Spence, Appellant Pro Se. Barbara Murcier Bowens, Office Of The United States Attorney, Columbia, South Carolina, for Appellee.

Before WILLIAMS, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Steven Spence, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Spence v. Yancey*, No. 6:05–cv–03478–HFF, 2006 WL 1677261 (D.S.C. June 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*